```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER, *on behalf of himself and all others similarly situated*,

                Plaintiff,

-against-

AWAKE STORE LLC,

                Defendant.

1:24-cv-7992-MKV

**ORDER TO SHOW CAUSE**

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on October 21, 2024. [ECF No. 1]. On November 25, 2024, Plaintiff filed proof of service. [ECF No. 5]. Defendant was required to answer or otherwise respond to the Complaint on or before December 12, 2024. As of the date of this Order, no response was filed and Plaintiff has not prosecuted this case to date.

Accordingly, IT IS HEREBY ORDERED that, **by January 28, 2025**, Plaintiff shall file a letter showing cause why this case should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. Plaintiff is on notice that they are ultimately responsible for prosecuting this case, and that this case may be dismissed because of their chosen counsel's failure to prosecute their case. *See Link v. Wabash R. Co.*, 370 U.S. 626, 633–34 (1962).

**SO ORDERED.**

**Date: January 21, 2025**
**New York, NY**

                                            */s/ Mary Kay Vyskocil*
                                            **MARY KAY VYSKOCIL**
                                            **United States District Judge**