USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/17/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TAVON TURNER, *on behalf of himself and all others similarly situated*,<br><br>       Plaintiff,<br><br>    -against-<br><br>AWAKE STORE LLC,<br><br>       Defendant. | 1:24-cv-7992-MKV<br><br>**<u>ORDER SCHEDULING</u>**<br>**<u>DEFAULT HEARING</u>** |

MARY KAY VYSKOCIL, United States District Judge:

  This action having been commenced on October 21, 2024, by the filing of a complaint, [ECF No. 1], and a copy of the Summons and Complaint having been served on Defendant Awake Store, LLC, on November 21, 2024, and proof of such service having been filed on November 25, 2024, [ECF No. 5], and Defendant not having answered the Complaint, and the time for answering the Complaint having expired, and Plaintiff having moved for entry of default judgment on February 27, 2025 [ECF No. 17], and having served the Motion for default judgment on Defendant [ECF No. 21], and no opposition having been filed, it is HEREBY ORDERED that the Parties shall appear for a hearing on Plaintiff's motion for a default judgment on **May 12, 2025 at 2:00 PM** in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

  It is FURTHER ORDERED that on or before **April 28, 2025** Plaintiff must serve this Order and another copy of all papers in support of Plaintiff's motion on Defendant. It is FURTHER ORDERED that **on or before April 30, 2025** Plaintiff shall file proof of such service on ECF.

**SO ORDERED.**

**Date: April 17, 2025**
**New York, NY**

*(signed)* Mary Kay Vyskocil
**MARY KAY VYSKOCIL**
**United States District Judge**