UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER, Plaintiff

v.

AWAKE STORE LLC, Defendant

Case No.: 1:24-cv-07992-MKV

LETTER REQUESTING REMOTE APPEARANCE OR CONTINUANCE

Dear Judge Vyskocil,

I am the pro se defendant in the above-referenced case. I'm writing to respectfully request permission to appear remotely for the hearing currently scheduled for Monday, May 12, 2025, or, if necessary, a short continuance to allow my Motion to Vacate Default Judgment to be reviewed.

I currently live and operate my business from Florida, where I'm in the process of opening a new store. With limited resources and staff, I'm unable to travel to New York on short notice and appear in person. I want to assure the Court that I'm doing my best to respond responsibly, and I've filed my motion in good faith.

I respectfully ask the Court to allow me to appear by phone, Zoom, or another remote method - or, alternatively, to briefly reschedule the hearing so I can participate meaningfully.

Thank you for your time, understanding, and consideration.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF NEW YORK

Respectfully submitted,

Micheanggello Rojo

Awake Store LLC

132 Havemeyer St

Brooklyn, NY 11211

Phone: 786-602-9980

Email: mickeangelo305@gmail.com

Dated: May 09, 2025