UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

TAVON TURNER, on behalf of himself

and all others similarly situated,

Plaintiff,

v.

AWAKE STORE LLC,

Defendant.

Case No.: 1:24-cv-07992-MKV

MOTION TO VACATE DEFAULT JUDGMENT AND REQUEST TO FILE LATE RESPONSE

COMES NOW, Defendant Awake Store LLC, by and through its authorized representative, and respectfully moves this Court pursuant to Federal Rule of Civil Procedure 55(c) and 60(b) to vacate the entry of default and any associated default judgment entered against it. In support of this motion, the Defendant states the following:

1. The Defendant did not willfully ignore the Complaint but was unaware of the required legal procedures. The Defendant is not a New York resident and faced serious financial hardship that made it impossible to afford legal representation at the time. After becoming fully aware of the legal status of this matter, the Defendant acted promptly to file this motion and participate in the case.

2. The Defendant is a small business with very limited resources and has no history of litigation. The failure to respond was not intentional and was due in part to misunderstanding the seriousness and procedural requirements of a federal lawsuit.

3. The Defendant has already begun the process of remediating its website to improve accessibility and comply with the Americans with Disabilities Act (ADA). The website originally referenced in the Complaint, www.awakeus.co, is no longer in use and has been replaced with www.awakestores.com. This new website was designed with accessibility in mind and reflects the Defendant's good faith effort to address the concerns raised and prevent future issues.

4. Furthermore, Defendant respectfully notes that public court records show the Plaintiff has filed

numerous nearly identical lawsuits against small businesses in this and other jurisdictions, often represented by the same legal counsel. While Defendant strongly supports the principles of equal access, this pattern may suggest a litigation strategy focused more on financial settlements than genuine attempts at remediation. Defendant respectfully requests the Court consider this context in evaluating the nature and scope of relief in this case.

5. Defendant seeks to be heard by the Court and requests permission to file a late Answer or otherwise respond to the Complaint. This request is made in good faith and not for the purpose of delay.

WHEREFORE, Defendant respectfully requests this Honorable Court to grant this Motion to Vacate Default Judgment, allow a late response to the Complaint, and grant any other relief the Court deems just and proper.

Dated: May 09, 2025

Respectfully submitted,

Awake Store LLC

By: _Micheanggello Rojo_

Authorized Representative (Pro Se)