

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/9/2025
```

**Arjeta Albani, Esq.**
Arjeta@employeejustice.com

May 9, 2025

<u>**VIA EMAIL**</u>
Hon. Mary Kay Vyskiocil
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

      Re: Turner v. Awake Store, LLC
        1:24-cv-07992-MKV
        <u>Letter Requesting Adjournment</u>

Dear Judge Vyskiocil,

  We represent Plaintiff Tavon Turner ("Plaintiff") in the above referenced ADA matter. Mr. Rojos has written to this Court requesting to appear remotely or for an adjournment of the Plaintiff's motion for default judgment. We write now to advise the Court that we have spoken to Mr. Rojos and have begun settlement discussions.

  Based on the foregoing, we would respectfully request that the Court adjourn the hearing scheduled for May 12, 2025, at 2:00 p.m., for two weeks to allow the parties to continue settlement discussions.

  We thank the Court you for your time and attention to this matter.

Respectfully submitted,

Arjeta Albani, Esq.

---

**The default judgment hearing scheduled for May 12, 2025 at 2:00 PM is ADJOURNED *sine die*.**

**The Clerk of Court is respectfully requested to terminate docket entries 25, 26, 27.**

**SO ORDERED.**

Date: 5/9/2025
New York, New York

Mary Kay Vyskocil
United States District Judge